UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYVARIS S. CHANCE,

                Plaintiff,

-against-

SELIP & STYLIANOU, LLP,

                Defendant.

22-CV-3314 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated May 16, 2022, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). Judgment shall issue.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 19, 2022
           New York, New York

                                   /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                 Chief United States District Judge