UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYVARIS S. CHANCE,<br><br>                      Plaintiff,<br><br>      -against-<br><br>SELIP & STYLIANOU, LLP,<br><br>                    Defendant. | 22-CV-3314 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 19, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 19, 2022
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                Chief United States District Judge